STATE

v.

AINSWORTH

20160173
20130924

Supreme Court of Utah.

07/20/2016

Petition for Writ of Certiorari Granted.

STATE

v.

RIGBY

20160261
20140553

Supreme Court of Utah.

07/06/2016

Petition for Writ of Certiorari Granted.

SCOTT

v.

SCOTT

20160299
20131122

Supreme Court of Utah.

07/06/2016

Petition for Writ of Certiorari Granted.

ROBINSON

v.

Jones WALDO

20160307
20140213

Supreme Court of Utah.

08/10/2016

Petition for Writ of Certiorari Denied.

ROBINSON

v.

ROBINSON

20160308
20140470

Supreme Court of Utah.

08/09/2016

Petition for Writ of Certiorari Denied.